### *In re* BOOTH'S WILL.

*(Supreme Court, General Term, First Department. June 6, 1890.)*

Motion for new trial on exceptions. For former report, see 6 N. Y. Supp. 41. Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.

J. S. Ross, for proponent. B. F. Watson, for contestant.

PER CURIAM.    Under the law as laid down by this court upon the previous appeals in this case, the proponent's motions for a new trial and for judgment must be denied, and the motion of the contestant for judgment granted, with costs.